IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| ANDRES CURET DE JESUS | CASE NO. 11-00292 BKT<br>Chapter 13 |
| XXX-XX-6509 | |
| | FILED & ENTERED ON 07/06/2011 |
| Debtor(s) | |

## ORDER & NOTICE OF HEARING

Debtor's motion requesting continuance of the confirmation hearing (docket #17) is granted. The hearing is rescheduled to be held at the United States Bankruptcy Court, U.S. Post Office & Courthouse Building, 300 Recinto Sur, Third Floor, Courtroom #3, San Juan, Puerto Rico on 10/20/2011 at 09:00 A.M.

San Juan, Puerto Rico, this 06 day of July, 2011.

/s/ Brian K. Tester
U. S. Bankruptcy Judge

C: All creditors